IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA ELROY SMITH and WILLIAM MATTHEWS, | : | No. 4:22cv1396 |
| Plaintiffs | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Bloom) |
| JOHN D. DECKER, JESSICA WILLIAMS, ROBERT NORTON, BRIAN J. TUPPER, STEFANIE SALAVANTIS, STACEY MILLER; KEVIN RANSOM, MARK ROCKOVICH, PENNSYLVANIA STATE POLICE, COUNTY OF LUZERNE, LUZERNE COUNTY PRISON, and LUZERNE COUNTY DISTRICT ATTORNEY'S OFFICE, Defendants | : | |

## ORDER

**AND NOW**, to wit, this ____ day of April 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiffs' general objection (Doc. 98) to the report and recommendation of Magistrate Judge Daryl F. Bloom (Doc. 96) is **OVERRULED**;

2) The four (4) reports and recommendations from Magistrate Judge Bloom (Docs. 93-94, 96-97) are **ADOPTED**;

3) Defendant Mark Rockovich's motion to dismiss plaintiffs' amended complaint (Doc. 60) is **GRANTED**;

4) Defendant Brian Tupper's motion to dismiss plaintiffs' amended complaint (Doc. 61) is **GRANTED**;

5) Defendants John D. Decker, Jessica Williams, Robert Norton, Stacey Miller, Kevin Ransom, and the Pennsylvania State Police's motion to dismiss plaintiffs' amended complaint (Doc. 64) is **GRANTED**;

6) Defendants Stefanie Salavantis and Luzerne County's motion to dismiss plaintiffs' amended complaint (Doc. 86) is **GRANTED**;

7) Plaintiffs' claims against all named defendants are **DISMISSED** with prejudice without leave to amend; and

8) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court